UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT KESSLER,<br><br>              Plaintiff,<br><br>v.<br><br>DSB COMMERCIAL PROPERTIES, LLC and OCAMPO PORCAYO, individually,<br><br>              Defendants, | No. 2:21-cv-00537-RSL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT** |

Plaintiff Robert Kessler ("Plaintiff") and Defendant DSB Commercial Properties, LLC ("Defendant"), by and through their undersigned counsel, hereby stipulate to an extension of the time for Defendant to answer or otherwise respond to the Complaint to June 14, 2021, to further facilitate the prospect of settlement discussions.

The Parties hereby submit that good cause exists for extension of the time for Defendant to answer or otherwise respond to the Complaint, as follows.

1. Plaintiff filed the Complaint on April 21, 2021.

2. Defendant received the Summons and Complaint on May 6, 2021.

3. Currently, the parties are engaged in settlement discussions and request that the deadline for Defendant to respond to the Complaint be extended to June 14, 2021 to facilitate

STIPULATION AND ORDER TO EXTEND DEADLINE FOR
DEFENDANT TO RESPOND TO COMPLAINT IN RE: ROBERT
KESSLER v. DSB COMMERCIAL PROPERTIES, LLC

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

| | |
|---|---|
| 1 | such discussions by allowing more time before Defendant undertakes the expense of |
| 2 | preparing a response to the Complaint. |
| 4 | DATED this 24th day of May, 2021. |

*s/ Todd T. Williams*
Todd T. Williams, WSBA No. 45032

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Telephone: (206) 625-8600  Fax: (206) 625-0900
E-mail:   twilliams@corrcronin.com

*Attorneys for DSB Commercial Properties, LLC
Defendant*


ENABLED LAW GROUP

*s/ Derek Butz*
Derek Butz, WSBA No. 54240
P.O. Box 18953
Spokane, Washington 99228
Telephone: 206-445-3961
Email: DB@Enabledlawgroup.com

*Attorneys for Plaintiff*

STIPULATION AND ORDER TO EXTEND DEADLINE FOR
DEFENDANT TO RESPOND TO COMPLAINT IN RE: ROBERT
KESSLER v. DSB COMMERCIAL PROPERTIES, LLC

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated this 25th day of May, 2021.

*[signature]*
HONORABLE ROBERT S. LASNIK
United States District Judge

Presented by:

CORR CRONIN LLP

*s/ Todd T. Williams*
Todd T. Williams, WSBA No. 45032
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154
Phone: (206) 625-8600
Fax: (206) 625-0900
twilliams@corrcronin.com

*Attorneys for Defendant*

ENABLED LAW GROUP

*s/ Derek Butz*
Derek Butz, WSBA No. 54240
P.O. Box 18953
Spokane, Washington 99228
Telephone: 206-445-3961
Email: DB@Enabledlawgroup.com Attorney for Plaintiff

*Attorneys for Plaintiff*

STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT IN RE: ROBERT KESSLER v. DSB COMMERCIAL PROPERTIES, LLC

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900