# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBERT KESSLER,<br><br>Plaintiff,<br><br>-vs-<br><br>DSB COMMERCIAL PROPERTIES, LLC and BENITA OCAMPO PORCAYO, individually,<br><br>Defendants. | Cause No. 2:21-cv-00537-RSL<br><br>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

Plaintiff, Robert Kessler, and Defendant DSB Commercial Properties ("the parties"), by and through their respective undersigned counsel, hereby file this Joint Stipulation of Dismissal to dismiss this matter with prejudice pursuant to the parties' settlement agreement and LCR 7(d)(1).

**IT IS SO ORDERED**, this matter shall be Dismissed with prejudice.

Dated this 24th day of June, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Joint Stipulation to Dismiss    Page | - 1 -

Enabled Law Group
P.O. Box 18953
Spokane, WA 99228
(206)-445-3961

DATED this 24 June 2021.

                                            Respectfully submitted,

*/s/ Derek Butz*
Derek Butz
WSBA #54240
Enabled Law Group
P.O. Box 18953
Spokane, Washington 99228
Telephone: 206-445-3961
Email: DB@Enabledlawgroup.com

*/s/ Todd T. Williams*
Todd T. Williams
WSBA #45032
CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154
Telephone: 206-625-8600
Email: twilliams@corrcronin.com

Joint Stipulation to Dismiss    Page | - 2 -    Enabled Law Group
P.O. Box 18953
Spokane, WA 99228
(206)-445-3961